PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darnell Fleming  Cr.: 00-00818-001

Name of Sentencing Judicial Officer: John W. Bissell, Chief U.S. District Judge

Date of Original Sentence: 07/30/01

Original Offense: 18:922(g)(1) 18:2 Possession of a Firearm by a Convicted Felon

Original Sentence: 72 months Imprisonment to be followed by three years supervised release

Type of Supervision: Supervised Release       Date Supervision Commenced: 06/07/06

Assistant U.S. Attorney: Andrew Kogan       Defense Attorney: Lorraine Gauli-Ruffo, AFPD

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'** |
| | The offender has failed to submit monthly supervision reports for October, November and December, 2006. |
| | The offender has been instructed to either contact or report to the Probation Office. The offender has failed to report or contact the Probation Office since December, 2006. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
U.S. Probation Officer
Date: 07/10/07

PROB 12C - Page 2
Darnell Fleming

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/23/07
_____
Date